U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

2023 MAR -9 P 2: 27

NATIONSTAR MORTGAGE LLC          DEPUTY CLERK          CIVIL ACTION NO:

    PLAINTIFF

v.                                                    2:23-CV-00065-Jnw

MATT BORNHEIMER

    DEFENDANT(S)

## ANSWER

Defendant _Matthew Bonnheimer_ answers Plaintiff's Complaint as follows:
      Insert Name

1.  Defendant [admits/denies/has insufficient information or knowledge to admit or deny paragraph one of Plaintiff's Complaint.]

2.  [Follow the preceding example for each paragraph of Plaintiff's Complaint. If a paragraph contains more than one allegation and you cannot admit or deny them all, indicate which allegation(s) you admit, which allegation(s) you deny, and which allegation(s) you lack sufficient information or knowledge to admit or deny.]

## DEFENSES

Without waiving the right to raise additional defenses, Defendant asserts the following

defenses to the Complaint:

1.      [In a series of numbered paragraphs set out any defenses you believe you have to the

claim(s) set forth in the Plaintiff's Complaint. For reference see Rule 12 of the Federal Rules of

Civil Procedure.]


## CLOSING


I agree to provide the Clerk's Office with any changes to my address where case-related papers
may be served. I understand that my failure to keep a current address on file with the Clerk's
Office may result in my missing important Court notices and deadlines in my case, which could
lead to a judgment against me.


Date of signing: _____, 2023

Signature of Defendant        _M.B.L._____

Printed Name of Defendant     _Matthew Bornheimer_____

Address                       _63 Marshall Pond Rd_____
                              _Herron, ME. 04238_____

Phone                         _207-343-2424_____

Email                         _M.Bornheimen@outlook.com__

Respectfully submitted this _9th_ day of _Mar_, 20_23_

The Answer should be returned to:

Edward T. Gignoux U.S. Courthouse
156 Federal Street