UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>PLAINTIFF<br><br>v.<br><br>MATT BORNHEIMER<br><br>DEFENDANT(S) | CIVIL ACTION NO:<br>2:23-cv-00065-JAW<br><br>Property: 63 Marshall Pond Rd.,<br>Hebron, ME 04238<br><br>Mortgage: Oxford County Registry<br>of Deeds, Book 5304, Page 196 |

### *AMENDED* COMPLAINT FOR FORECLOSURE

NOW COMES Plaintiff, Nationstar Mortgage LLC by and through its attorneys, Korde & Associates, P.C., and complains against Defendant via this AMENDED COMPLAINT pursuant to 14 M.R.S. § 6321 et seq. saying further as follows:

### JURISDICTION AND VENUE

1.      This Court has diversity jurisdiction pursuant 28 U.S.C. § 1332 because Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2.      Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to Plaintiff's claims transpired in Maine and the property is located in Maine.

### PARTIES

3.      Plaintiff Nationstar Mortgage LLC is a Limited Liability Company organized under

the laws of the State of Delaware with a principal place of business located at 8950 Cypress Waters Boulevard, Coppell, TX 75019.

4. Defendant Matt Bornheimer is an individual with a last known mailing address of 63 Marshall Pond Road, Hebron, ME 04238.

## FACTS

5. Matt Bornheimer is the owner of certain real property located at 63 Marshall Pond Road, Hebron, ME, by virtue of a deed from Clyde L. Yancey and Diane L. Yancey to Matt Bornheimer dated September 7, 2016 and recorded in the Oxford County Registry of Deeds on September 12, 2016 in Book 5304, Page 193.

6. On September 8, 2016, Matt Bornheimer executed and delivered to USAA Federal Savings Bank a certain promissory note in the original principal amount of $175,000.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A.

7. Plaintiff is entitled to enforce the Note, as USAA Federal Savings Bank executed an endorsement payable to blank appearing on the original Note, rendering the Note enforceable by the party that is in possession of the original Note.

8. Plaintiff certifies that the owner of the Note is Nationstar Mortgage LLC.

9. To secure the Note, Matt Bornheimer granted a mortgage to Mortgage Electronic Registration Systems, Inc., as nominee for USAA Federal Savings Bank, its successors and assigns in the amount of $175,000.00 dated September 8, 2016 and recorded on September 12, 2016 in the Oxford County Registry of Deeds in Book 5304, Page 196 (the "Mortgage"). A copy of the Mortgage is attached hereto as Exhibit B.

10. The property secured by the Mortgage is known as 63 Marshall Pond Road, Hebron, ME 04238, and is more particularly described in the Mortgage (the "Premises").

11.     The Mortgage was assigned by Assignment from Mortgage Electronic Registration Systems, Inc., as nominee for USAA Federal Savings Bank, its successors and assigns to USAA Federal Savings Bank dated December 30, 2019 and recorded on January 6, 2020 in Book 5501, Page 296. A copy of the Assignment is attached in Exhibit C.

12.     The Mortgage was assigned by Assignment from USAA Federal Savings Bank to Nationstar Mortgage LLC dated September 27, 2022 and recorded on October 26, 2022 in Book 5723, Page 637. A copy of the Assignment is attached in Exhibit C.

13.     Defendant Matt Bornheimer is presently in default on the Note and due for the monthly payment due January 1, 2020, and all payments due thereafter, thereby breaching a condition of the Mortgage.

14.     By letters dated November 4, 2022, notice was provided that the Note was in default and of the right to cure the default. Copies of the notices are attached hereto as Exhibit D.

15.     The notices were given on November 4, 2022 by first class mail, postage prepaid with a United States Postal Service Certificate of Mailing and by certified mail, return receipt requested, and therefore have expired.

16.     The default has not been cured and, in accordance with the Note and Mortgage, the entire principal amount outstanding, accrued interest thereon, and all other sums due under the Note and Mortgage have been declared to be presently due and payable.

17.     As of January 23, 2023, the following amounts are due and payable to Plaintiff, exclusive of costs of collection, including attorney's fees, under the terms of the Note and the Mortgage:

| | |
|---|---:|
| Principal Balance | $163,476.12 |
| Accrued Interest | 16,083.88 |
| Late Charges | 548.28 |
| Property Inspection Fees | 525.00 |

| | |
|---|---:|
| NSF Charges | 25.00 |
| Escrow Advance | 9,555.72 |
| Certified Mail | 0.57 |
| Posting Costs | 49.00 |
| Foreclosure Fees | 975.00 |
| Title Examination | 225.00 |
| Total | $191,463.57 |

Additional interest is accruing on said principal balance from said date at a rate of $13.45 per day.

18. Plaintiff anticipates that additional disbursements will be made for attorney's fees and other services rendered during the foreclosure and sale.

## COUNT I - FORECLOSURE

19. Plaintiff repeats and re-alleges paragraphs 1 through 18 as if fully set forth herein.

20. This is an action for foreclosure and title to real estate located at 63 Marshall Pond Road, Hebron, Oxford County, Maine. See Exhibit B.

21. Plaintiff is entitled to enforce the Note, as USAA Federal Savings Bank executed an endorsement appearing on the Note to blank appearing on the Note, rendering the Note enforceable by the party that is in possession of the original Note. See Exhibit A.

22. Plaintiff, directly or through its agent, is in possession of the original Note, Mortgage and any assignments.

23. Plaintiff, Nationstar Mortgage LLC, is the current owner of the Mortgage and Note.

24. Plaintiff is the party entitled to collect the debt evidenced by said Note and is the party entitled to enforce the Mortgage, and has the right to foreclose the Mortgage.

25. Defendant Matt Bornheimer is presently in default on the Note and due for the monthly payment due January 1, 2020, and all payments due thereafter, thereby breaching a condition of the Mortgage and the Note.

26. The default has not been cured and all sums due under the Note and Mortgage are

presently due and payable.

27. The total amount due on the Note and Mortgage as of January 23, 2023 is $191,463.57.

28. Notice was sent in compliance with 14 M.R.S. § 6111 on November 4, 2022, as evidenced by a copy of the notice, proof of certified mail and the certificate of mailing attached hereto as Exhibit D.

29. Plaintiff certifies that all steps mandated by law to provide notice of the default and of the right to cure have been taken and strictly performed.

30. By virtue of a breach of condition of the Note and Mortgage, Plaintiff hereby demands the foreclosure of the Mortgage and the sale of the Premises.

31. Defendant Matt Bornheimer is not in the military as defined under the Servicemembers Civil Relief Act.

**PRAYERS FOR RELIEF**

**WHEREFORE**, Plaintiff prays that this Honorable Court:

A. Determine that there has been a breach of condition of the Mortgage;

B. Determine the amount due on the Note and Mortgage, including principal, interest, reasonable attorney's fees, court costs, and other expenses;

C. Find Matt Bornheimer liable for any deficiency balance remaining due to Plaintiff after the sale of the Premises and application of the proceeds of sale;

D. Issue a Judgment of Foreclosure and Sale in conformity with 14 M.R.S. § 6322;

E. Order exclusive possession of the Premises to the Plaintiff upon the expiration of the statutory ninety (90) day period of redemption set forth in 14 M.R.S. § 6322, and direct the Clerk to issue a writ of possession at the request of the Plaintiff; and

F. Grant such other and further relief as the Court may determine proper.

                                          Respectfully submitted,

                                          Nationstar Mortgage LLC

Dated:  June 17, 2025              By: */s/ Carrie Folsom*
                                                Carrie Folsom, Esq. #9510
                                                Attorney for Plaintiff
                                                KORDE & ASSOCIATES, P.C.
                                                707 Sable Oaks Dr., Suite 250
                                                South Portland, ME 04106
                                                (207) 775-6223 x25032
                                                CFolsom@kordeassociates.com
                                                MEFednotices@kordeassociates.com