

Exhibit D

Mr. Cooper
P.O. Box 9095
Temecula, CA 92589-9095

9314 7100 1170 1110 6285 79

**RETURN RECEIPT REQUESTED**

Send Payments to:
Mr. Cooper
PO Box 650783
Dallas, TX 75265-0783

20221104-160

MATT BORNHEIMER
63 MARSHALL POND RD
HEBRON, ME 04238-3539

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

ME_NOI



8950 Cypress Waters Blvd.
Dallas, TX 75019

OUR INFO
ONLINE
www.mrcooper.com

11/04/2022

Sent Via Certified Mail
9314 7100 1170 1110 6285 79

MATT BORNHEIMER
63 MARSHALL POND RD
HEBRON, ME 04238-3539

Loan Number: ▓▓▓▓▓▓
Property Address:    63 MARSHALL POND RD
                     HEBRON, ME 04238

Dear MATT BORNHEIMER:

If you are represented by an attorney, please send this notice to your attorney.

Mr. Cooper is the mortgage loan servicer for the above referenced loan.

This notice is being sent as required by the terms of the security instrument securing your mortgage loan.

Your loan is currently past due for the 01/01/2020 payment and is due for all payments from and including that date. The failure to make these payments is a default under the terms and conditions of the mortgage loan.

As of **11/04/2022 the amount of the debt that must be paid to cure the default is $36,851.71, which includes the sum of payments that have come due on and after the date of default 01/01/2020**, any late charges, periodic adjustments to the payment amount (if applicable), attorney fees and expenses of collection. The total amount due to cure the default does not include any amounts that become due after the date of this notice.

| | | |
|---|---|---|
| Next Payment Due Date: | | 01/01/2020 |
| Total Monthly Payments Due: | | $36,709.03 |
| Late Charges: | | $548.28 |
| Other Charges: | Uncollected NSF Fees: | $25.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $475.00 |
| | Unapplied Balance: | ($905.60) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$36,851.71** |

All reinstatement payments must be made payable in **certified funds, cashier's check or money order(s)** and **Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.**
**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**
**If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.**

ME_NOI
Page 1 of 4

9314 7100 1170 1110 6285 79

mailed to **Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783** or overnight delivery to **Mr. Cooper, Attn. Payment Processing, 800 State Highway 121 Bypass, Lewisville, TX 75067**. You may call Mr. Cooper at 888-480-2432 if you have questions regarding your account or write to Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019.

**$36,851.71** must be paid by the 35th day from receipt of this notice (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter) in order to cure the default.

Your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, the next payment due on 12/01/2022 is still due on 12/01/2022 (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).

Failure to pay **$36,851.71** by the 35th day from receipt of this notice (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter), may result in acceleration of the sums secured by the Security Instrument, foreclosure proceedings and sale of the property.

In the event of acceleration, you have the right to reinstate the loan after acceleration and the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under this Security Instrument, and to present any other defenses that you may have.

If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had not been required.

You have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged.

This default, and any legal action that may occur as a result, may be reported to one or more local and national credit reporting agencies by Mr. Cooper.

If you request in writing, Mr. Cooper will not contact you by phone at your place of employment. Furthermore, if you request in writing not to be contacted, Mr. Cooper will not contact you, except to send statutorily and/or contractually required legal notice(s).

You may have options available to you to help you avoid foreclosure. You may discuss available options with Mr. Cooper, the Investor or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of your right-to-cure period. Please call Mr. Cooper's Foreclosure Prevention Department at 888-480-2432 for additional information or to request an interview for the purpose of resolving the past due account. You may also visit https://www.mrcooper.com/support/mortgage_assistance for additional information, to see what options may be available to you, and to submit an application for assistance.

All homeowners are eligible for housing counseling services through the U.S. Department of Housing and Urban Development (HUD). We have also attached a list, including the name, address and telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers. You may also call the Homeownership Preservation Foundation at 1-888-995-HOPE (4673) or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

9314 7100 1170 1110 6285 79

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment. To determine whether this option is available, contact Mr. Cooper Foreclosure Prevention at 888-480-2432, or by mail at 8950 Cypress Waters Blvd., Dallas, TX 75019, or visit www.mrcooper.com for additional information and to see what options are available.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify Mr.Cooper immediately. Please notify us of your active duty status in order to receive an interest rate reduction to 6%. Notice must be received no later than 180 days after your military services ends. It is not necessary to notify us of your military status in order to obtain foreclosure protection; however, we will be better able to assist you if you notify us of your military status as soon as possible. When contacting Mr. Cooper as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at Military OneSource (www.militaryonesource.mil; 1-800-342-9647), Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and HUD-certified housing counseling agencies (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You may also call Mr.Cooper toll-free at 888-480-2432 if you have questions about your rights under SCRA.

Please disregard this notice if a payment sufficient to cure the default has already been sent.

Sincerely,

Antonishia Thomas
Dedicated Loan Specialist
Mr. Cooper
866-316-2432 ext. N/A
8950 Cypress Waters Blvd.
Dallas, TX 75019

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: indigeronimo@avestahousing.org<br>W: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | P: 207-764-3721<br>T:<br>F:<br>E: N/A<br>W: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5028<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org | 101 Water St<br>Waterville, Maine 04901-6339 |

Mr. Cooper
P.O. Box 9095
Temecula, CA 92589-9095



2374364079

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Mr. Cooper
PO Box 650783
Dallas, TX 75265-0783

20221104-160

MATT BORNHEIMER
63 MARSHALL POND RD
HEBRON, ME 04238-3539

ME_NOI



**OUR INFO**
**ONLINE**
www.mrcooper.com

8950 Cypress Waters Blvd.
Dallas, TX 75019

11/04/2022

MATT BORNHEIMER
63 MARSHALL POND RD
HEBRON, ME 04238-3539

Loan Number:              ███████████
Property Address:        63 MARSHALL POND RD
                                     HEBRON, ME 04238

Dear MATT BORNHEIMER:

If you are represented by an attorney, please send this notice to your attorney.

Mr. Cooper is the mortgage loan servicer for the above referenced loan.

This notice is being sent as required by the terms of the security instrument securing your mortgage loan.

Your loan is currently past due for the 01/01/2020 payment and is due for all payments from and including that date. The failure to make these payments is a default under the terms and conditions of the mortgage loan.

**As of 11/04/2022 the amount of the debt that must be paid to cure the default is $36,851.71, which includes the sum of payments that have come due on and after the date of default 01/01/2020**, any late charges, periodic adjustments to the payment amount (if applicable), attorney fees and expenses of collection. The total amount due to cure the default does not include any amounts that become due after the date of this notice.

| | | |
|---|---|---:|
| Next Payment Due Date: | | 01/01/2020 |
| Total Monthly Payments Due: | | $36,709.03 |
| Late Charges: | | $548.28 |
| Other Charges: | Uncollected NSF Fees: | $25.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $475.00 |
| | Unapplied Balance: | ($905.60) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$36,851.71** |

All reinstatement payments must be made payable in **certified funds, cashier's check or money order(s)** and **Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.**
**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**
**If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.**

ME_NOI
Page 1 of 4

2374364079

mailed to **Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783** or overnight delivery to **Mr. Cooper, Attn. Payment Processing, 800 State Highway 121 Bypass, Lewisville, TX 75067**. You may call Mr. Cooper at 888-480-2432 if you have questions regarding your account or write to Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019.

**$36,851.71** must be paid by the 35th day from receipt of this notice (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter) in order to cure the default.

Your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, the next payment due on 12/01/2022 is still due on 12/01/2022 (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).

Failure to pay **$36,851.71** by the 35th day from receipt of this notice (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter), may result in acceleration of the sums secured by the Security Instrument, foreclosure proceedings and sale of the property.

In the event of acceleration, you have the right to reinstate the loan after acceleration and the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under this Security Instrument, and to present any other defenses that you may have.

If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had not been required.

You have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged.

This default, and any legal action that may occur as a result, may be reported to one or more local and national credit reporting agencies by Mr. Cooper.

If you request in writing, Mr. Cooper will not contact you by phone at your place of employment. Furthermore, if you request in writing not to be contacted, Mr. Cooper will not contact you, except to send statutorily and/or contractually required legal notice(s).

You may have options available to you to help you avoid foreclosure. You may discuss available options with Mr. Cooper, the Investor or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of your right-to-cure period. Please call Mr. Cooper's Foreclosure Prevention Department at 888-480-2432 for additional information or to request an interview for the purpose of resolving the past due account. You may also visit https://www.mrcooper.com/support/mortgage_assistance for additional information, to see what options may be available to you, and to submit an application for assistance.

All homeowners are eligible for housing counseling services through the U.S. Department of Housing and Urban Development (HUD). We have also attached a list, including the name, address and telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers. You may also call the Homeownership Preservation Foundation at 1-888-995-HOPE (4673) or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

2374364079

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment. To determine whether this option is available, contact Mr. Cooper Foreclosure Prevention at 888-480-2432, or by mail at 8950 Cypress Waters Blvd., Dallas, TX 75019, or visit www.mrcooper.com for additional information and to see what options are available.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify Mr.Cooper immediately. Please notify us of your active duty status in order to receive an interest rate reduction to 6%. Notice must be received no later than 180 days after your military services ends. It is not necessary to notify us of your military status in order to obtain foreclosure protection; however, we will be better able to assist you if you notify us of your military status as soon as possible. When contacting Mr. Cooper as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at Military OneSource (www.militaryonesource.mil; 1-800-342-9647), Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and HUD-certified housing counseling agencies (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You may also call Mr.Cooper toll-free at 888-480-2432 if you have questions about your rights under SCRA.

Please disregard this notice if a payment sufficient to cure the default has already been sent.

Sincerely,

Antonishia Thomas
Dedicated Loan Specialist
Mr. Cooper
866-316-2432 ext. N/A
8950 Cypress Waters Blvd.
Dallas, TX 75019

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | P: 207-764-3721<br>T:<br>F:<br>E: N/A<br>W: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5028<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org | 101 Water St<br>Waterville, Maine 04901-6339 |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?&webListAction=search&searchstate=ME

VCP72

2374364079

**Nationstar Mortgage, LLC**
P.O. Box 9095
Temecula, CA 92589-9095



| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | Fee | Rest. Del. Fee | Reference |
|------|----------------|------------------------------|---------|------|------|----------------|-----------|
| 1 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 2 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 3 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 4 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 5 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 6 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 7 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 8 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 9 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 10 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 11 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 12 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 13 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 14 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 15 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 16 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 17 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 18 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 19 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 20 | | | $0.810 | $4.00 | $0.00 | $0.00 | |
| 21 | | | $0.810 | $4.00 | $0.00 | $0.00 | |

**Nationstar Mortgage, LLC**
P.O. Box 9095
Temecula, CA  92589-9095

**PS form 3877**
**Type of Mailing:  CERTIFIED**
**November 4, 2022**



| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R./RRE Fee | Rest. Del. Fee | Reference |
|------|----------------|------------------------------|---------|-----|--------------|----------------|-----------|
| 212 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 213 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 214 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 215 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 216 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 217 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 218 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 219 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 220 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 221 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 222 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 223 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 224 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 225 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 226 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 227 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 228 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 229 | | WHITEHALL, PA 18052-3848 MATT BORNHEIMER 63 MARSHALL POND RD HEBRON, ME 04238-3539 | $0.810 | $4.00 | $3.25 | $0.00 | |
| 230 | | PHILIP BOWE | $0.810 | $4.00 | $3.25 | $0.00 | |
| 231 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 232 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 233 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 234 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| 235 | | | $0.810 | $4.00 | $3.25 | $0.00 | |

**Nationstar Mortgage, LLC**
P.O. Box 9095
Temecula, CA  92589-9095

**PS form 3877**
**Type of Mailing:  CERTIFIED**
November 4, 2022



| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R./RRE Fee | Reh Del. Fee | Reference |
|------|----------------|-----------------------------|---------|-----|--------------|--------------|-----------|
| 259 | | | $0.810 | $4.00 | $3.25 | $0.00 | |
| | | **Totals** | $209.79 | $1036.00 | $500.50 | $0.00 | |
| | | | | | **Grand Total:** | | $1746.29 |

| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|
| 259 | | | |

| Certified Mail Only: | 105 | Total Certified mail w/RR: | 154 | Total Certified Mail w/RRE: | 0 |
|---|---|---|---|---|---|

Case 2:22-cv-00465-JAW    Document 20-4    Filed 07/21/23    Page 20 of 20    PageID #:284

**Nationstar Mortgage, LLC**
P.O. Box 9095
Temecula, CA  92589-9095

**PS form 3665**
**Type of Mailing:**
**CERTIFICATE OF MAILING**
November 4, 2022



| List Number of Pieces | Total Number of Pieces | | Postmaster: |
|---|---|---|---|
| Listed by Sender | Received at Post office | | Name of receiving employee |
| 3 | | | |

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 1 | | | MATT BORNHEIMER | $0.810 | $0.50 |
| | | | 63 MARSHALL POND RD | | |
| | | | HEBRON, ME  04238-3539 | | |
| 2 | | | | $0.810 | $0.50 |
| 3 | | | | $0.810 | $0.50 |
| | | | **Totals** | $2.43 | $1.50 |

**Grand Total:** $3.93